# United States District Court
## for
## the District of Nevada

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
November 21, 2024**

---

Name of Offender: **Gary Morello**

Case Number: **2:19CR00114**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **November 23, 2020**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **41 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 16, 2024**

---

## PETITIONING THE COURT

☒ To withdraw, without prejudice, petition for Warrant for offender under supervision filed October 28, 2024 (ECF No.64)

---

## CAUSE

On November 23, 2020, Mr. Morello was sentenced to 41 months prison followed by three (3) years' supervised release for committing the offense of Felon in Possession of a Firearm. Mr. Morello commenced supervision on January 16, 2024.

On October 28, 2024, Your Honor issued a Warrant for supervised release violation after it was alleged that Mr. Morello was arrested for Battery with a Deadly Weapon in violation of N.R.S. 200.481.2E1. On November 1, 2024, Mr. Morello appeared for his initial appearance where he was subsequently release with an additive bond condition, he must reside at the Residential Reentry Center (RRC) until his final revocation scheduled on November 19, 2024.

The probation office recently obtained court records in reference to the above case. Records indicate that Mr. Morello's case will not be prosecuted by the District Attorney's Office. At the time, it is believed that the best course of action moving forwards would be to withdraw the current petition and release Mr. Morello from the RRC.

Prob12B
D/NV Form
Rev. June 2014

As such, it is respectfully requested that the Warrant and supervised release petition be quashed without prejudice at this time.

                                            Respectfully submitted,

                                            _____

                                            Erica Hogans
                                            US Probation Officer

Approved:

_____
Amberleigh Barajas
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

XX    The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

The revocation hearing set for February 19, 2025 is vacated.
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

                                            _____
                                            Signature of Judicial Officer

**RE: Gary Morello**

Prob12B
D/NV Form
Rev. June 2014

11/25/2024  _____
Date